546

479 A.2d 1108

Commonwealth v. Thompson, Appellant.

Submitted November 28, 1983. Brian S. Quinn, for appellant; Sandra L. Elias, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

479 A.2d 1109

Commonwealth v. Three Thousand Three Dollars.

Submitted November 7, 1983. Marilyn C. Zilli, Assistant Public Defender, for appellant; Katherine E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

The order of the learned Dauphin County Common Pleas Court Judge John C. Dowling is affirmed.